For the reason stated in the companion case of Levincss v. State, No. 24,688, Tex. Cr.App., 230 S.W.2d 814, the state's motion for rehearing is overruled.

Opinion approved by the court.

proceedings appear to be regular. Therefore, there is nothing presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

## ERVIN v. STATE.
### No. 24919.

Court of Criminal Appeals of Texas.

June 7, 1950.

## GLENN v. STATE.
### No. 24918.

Court of Criminal Appeals of Texas.

June 7, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Upon a plea of guilty before a jury, appellant was convicted for the offense of possessing intoxicating liquor for the purpose of sale, his punishment being assessed at a fine of $200.00 and 90 days in jail.

No statement of facts or bills of exception are found in the record. All other

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is the unlawful possession of whisky for the purpose of sale in a dry area, with the punishment assessed at a fine of $750.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.